# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| KARL FEZER, *et. al.*,<br><br>             Plaintiffs,<br>v.<br><br>LOCKHEED MARTIN CORP. and<br>LOCKHEED MARTIN INVESTMENT<br>MANAGEMENT CO.,<br><br>             Defendants. | Case No. 8:25-cv-00908-TDC |

### DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT AND TO STRIKE JURY DEMAND

Pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, Defendants Lockheed Martin Corp. and Lockheed Martin Investment Management Company, by and through undersigned counsel, hereby move to dismiss Plaintiffs' First Amended Class Action Complaint with prejudice for failure to state a claim and to strike Plaintiffs' demand for a jury trial.

This motion is supported by the accompanying memorandum of law and the declaration of William J. Delany and exhibits attached thereto.

Dated: September 23, 2025

                                        Respectfully submitted,

                                        By: */s/ William J. Delany*
                                        William J. Delany (*pro hac vice*)
                                        Ross P. McSweeney (*pro hac vice*)
                                        Richard A. Smith Jr., Bar No. 30313
                                        Chidera Onyeoziri (*pro hac vice*)
                                        **GROOM LAW GROUP, CHARTERED**
                                        1701 Pennsylvania Avenue, NW
                                        Washington, DC 20006
                                        Telephone: (202) 861-5412
                                        Fax: (202) 659-4503
                                        rsmithjr@groom.com
                                        wdelany@groom.com

rmcsweeney@groom.com
conyeoziri@groom.com

**ATTORNEYS FOR DEFENDANTS**