IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| KARL FEZER, *et. al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORP. and<br>LOCKHEED MARTIN INVESTMENT<br>MANAGEMENT CO.,<br><br>            Defendants. | Case No. 8:25-cv-00908-TDC |

**DECLARATION OF WILLIAM J. DELANY IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION
<u>COMPLAINT AND TO STRIKE JURY DEMAND</u>**

I, William J. Delany, declare and state as follows:

1. I am an attorney at the law firm Groom Law Group, Chartered, in Washington, DC. I represent Defendants Lockheed Martin Corp. and Lockheed Martin Investment Management Co. (collectively, "Defendants") in the above-captioned matter. I am a member in good standing of the District of Columbia bar, and I am admitted *pro hac vice* to practice in this Court.

2. I submit this declaration in support of Defendants' Motion to Dismiss First Amended Class Action Complaint and to Strike Jury Demand.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Government Accountability Office's March 2024 Report to Congressional Requesters titled "401(k) Retiremnt Plans," available at https://www.gao.gov/assets/gao-24-105364.pdf.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Lockheed Martin Corporation Salaried Savings Plan, as amended and restated January 1, 2019.

1

5.      Attached hereto as **Exhibit C** is a true and correct copy of the Lockheed Martin Corporation Performance Sharing Plan for Bargaining Employees, as amended and restated January 1, 2019.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the Lockheed Martin Corporation Capital Accumulation Plan, as amended and restated January 1, 2019.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the Department of Labor's February 2013 article titled "Target Date Retirement Funds - Tips for ERISA Plan Fiduciaries," available at https://www.dol.gov/sites/dolgov/files/EBSA/about-ebsa/our-activities/resource-center/fact-sheets/target-date-retirement-funds-erisa-plan-fiduciaries-tips.pdf.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the 2019 plan year Form 5500 for the Lockheed Martin Corporation Master Retirement Trust.

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 23rd day of September, 2025.        By: */s/ William J. Delany*
William J. Delany (admitted *pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 861-0164
(202) 659-4503 (facsimile)
wdelany@groom.com