# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Southern Division)

| | |
|---|---|
| KARL FEZER, *et. al.*,<br><br>　　　　　Plaintiffs,<br>v.<br><br>LOCKHEED MARTIN CORP. and<br>LOCKHEED MARTIN INVESTMENT<br>MANAGEMENT CO.,<br><br>　　　　　Defendants. | Case No. 8:25-cv-00908-TDC |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

On September 23, 2025, Defendants Lockheed Martin Corporation and Lockheed Martin Investment Management Company ("Defendants") filed a motion to dismiss the first amended class action complaint and to strike Plaintiffs' demand for a jury trial (Dkt. __). For the reasons set forth in the accompanying Memorandum Opinion, the Court:

1. **GRANTS** Defendants' Motion to Dismiss;

2. **DENIES-AS-MOOT** Defendants' Motion to Strike; and

3. **DISMISSES** the Complaint with prejudice.

Date: _____, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Theodore D. Chuang
　　　　　　　　　　　　　　　　　　　　　United States District Judge