# EXHIBIT 1

**Perma.cc record**
Captured October 10, 2025 1:37 pm
View: Standard (/9YQD-ZKML?type=standard) Screenshot (/9YQD-ZKML?type=image)

Show record details

View the live page (https://news.lockheedmartin.com/2018-12-17-Lockheed-Martin-Names-Paul-Colonna-as-President-and-Chief-Investment-Officer-of-Lockheed-Martin-Investment-Management-Company)



| Who we are | What we do | News | Careers | Investors | Suppliers |

Newsroom › News Releases

# Lockheed Martin Names Paul Colonna As President And Chief Investment Officer Of Lockheed Martin Investment Management Company



**BETHESDA, Md., DEC. 17, 2018** -- Lockheed Martin [NYSE: LMT] has appointed Paul Colonna as president and chief investment officer (CIO) of Lockheed Martin Investment Management Company (LMIMCo), effective Jan. 7, 2019. Colonna succeeds Chris Li, who retired from the position earlier this year.

Colonna, 50, will be responsible for $70 billion in retirement trust assets and all facets of the investment strategy, portfolio management, manager selection, asset allocation, risk management, and due diligence for these trust assets, to help LMIMCo and Lockheed Martin meet their goals.

"Paul is an experienced investment officer and will provide the vision, leadership and management expertise for Lockheed Martin's investments," said Bruce Tanner, Lockheed Martin executive vice president and chief financial officer.

Prior to joining Lockheed Martin, Colonna was the executive vice president and CIO of Fundamental Equities for State Street Global Advisors. While there, he managed $30 billion in assets and led a team of 80 investment professionals. Prior to that, he was the president and CIO for Public Investments for GE Asset Management where he managed more than $100 billion in assets across public fixed income and equities.

"I am very honored to be joining the team at Lockheed Martin and look forward to continuing the strong culture of providing superior financial outcomes for the company and the plan beneficiaries," said Colonna.

Colonna received his Master of Business Administration from University of Maryland and his bachelor's degree from Villanova University.

**About Lockheed Martin**

Headquartered in Bethesda, Maryland, Lockheed Martin is a global security and aerospace company that employs approximately 100,000 people worldwide and is principally engaged in the research, design, development, manufacture, integration and sustainment of advanced technology systems, products and services. This year the company received three Edison Awards for ground-breaking innovations in autonomy, satellite technology and directed energy.

Media Contacts      View All News

**HELPFUL LINKS**

| What We Do | Who We Are | Information | Connect |
|---|---|---|---|
| Our Capabilities | Careers | Employees | Contact Us |
| Our Products | Community | International | Media Relations |
|  | Leadership | Investors | Multimedia |
|  | Newsroom | Suppliers | Disclosures |
|  | Sustainability |  |  |
|  | About Us |  |  |

**Join the Vector Star newsletter**

Get articles on the innovative projects Lockheed Martin scientists and engineers are working on right now.

JOIN NOW

© 2025 Lockheed Martin Corporation.

Privacy

Terms of Use

Stock Price

Social Media

