IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| KARL FEZER *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LOCKHEED MARTIN CORP. *et al.*, <br><br> *Defendants.* | Case No. 8:25-cv-00908-TDC |

**[PROPOSED] ORDER DENYING**
**DEFENDANTS' MOTION TO DISMISS AND TO STRIKE JURY DEMAND**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss and Motion to Strike Jury Demand (ECF No. 36) are **DENIED**.

Dated: _____                                   _____
                                                                                                                    The Honorable Theodore D. Chuang
                                                                                                                    United States District Judge