**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

KARL FEZER, *et. al.*,

                Plaintiffs,

v.

LOCKHEED MARTIN CORP. and
LOCKHEED MARTIN INVESTMENT
MANAGEMENT CO.,

                Defendants.

Case No. 8:25-cv-00908-TDC

**DECLARATION OF WILLIAM J. DELANY IN SUPPORT OF DEFENDANTS'
REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
FIRST AMENDED CLASS ACTION COMPLAINT AND TO STRIKE JURY DEMAND**

I, William J. Delany, declare and state as follows:

1.      I am an attorney at the law firm Groom Law Group, Chartered, in Washington, DC. I represent Defendants Lockheed Martin Corp. and Lockheed Martin Investment Management Co. (collectively, "Defendants") in the above-captioned matter.  I am a member in good standing of the District of Columbia bar, and I am admitted *pro hac vice* to practice in this Court.

2.      I submit this declaration in support of Defendants' Reply Memorandum in Support of their Motion to Dismiss the First Amended Class Action Complaint and to Strike Jury Demand.

3.      Attached hereto as **Exhibit G** is a true and correct copy of the Lazard Asset Management's June 23, 2021, article titled "The Ultimate Upgrade," available at https://www.lazardassetmanagement.com/docs/122203/DCRising_TheUltimateUpgrade.pdf.

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 28th day of October, 2025.  By: */s/ William J. Delany*
  William J. Delany (admitted *pro hac vice*)
  **GROOM LAW GROUP, CHARTERED**
  1701 Pennsylvania Avenue, NW
  Washington, DC 20006
  (202) 861-0164
  (202) 659-4503 (facsimile)
  wdelany@groom.com