## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

KARL FEZER,
VU-TIMOTHY NGUYEN,
JOHN HOLMES,
STEVEN KAY,
STEWART SIMON MILLION-PEREZ
and
DANIEL ESCAMILLA,
*individually, and as representatives of a class of participants in and beneficiaries of the Lockheed Martin Corporation Salaried Savings Plan, the Lockheed Martin Corporation Performance Sharing Plan for Bargaining Employees, and the Lockheed Martin Corporation Capital Accumulation Plan, and derivatively for those Plans,*

      Plaintiffs,

      v.

LOCKHEED MARTIN CORPORATION
and
LOCKHEED MARTIN INVESTMENT
MANAGEMENT COMPANY,

      Defendants.

Civil Action No. 25-0908-TDC

## ORDER

On May 18, 2026, Defendants filed an Answer that is 69 pages in length. The Local Rules state that pleadings "shall not exceed forty (40) pages in length" and that in "extraordinary circumstances, parties may seek leave of Court to amend or supplement the initial pleading with additional pages." D. Md. Local R. 103.1(d).

Accordingly, it is hereby ORDERED that:

1. The Answer, ECF No. 52, is STRICKEN based on the failure to comply with Local Rule 103.1(d).

2. Defendants shall file an Answer no later than **7 days** after the date of this Order.

Date: May 29, 2026

THEODORE D. CHUANG
United States District Judge