KARL FEZER, *et. al.*,

          Plaintiffs,

v.

LOCKHEED MARTIN CORP. and
LOCKHEED MARTIN INVESTMENT
MANAGEMENT CO.,

          Defendants.

Case No. 8:25-cv-00908-TDC

## DECLARATION OF WILLIAM J. DELANY IN SUPPORT OF DEFENDANTS' ANSWER TO THE AMENDED CLASS ACTION COMPLAINT

I, William J. Delany, declare and state as follows:

1. I am an attorney at the law firm Groom Law Group, Chartered, in Washington, DC. I represent Defendants Lockheed Martin Corp. and Lockheed Martin Investment Management Co. (collectively, "Defendants") in the above-captioned matter. I am a member in good standing of the District of Columbia bar, and I am admitted *pro hac vice* to practice in this Court.

2. I submit this declaration in support of Defendants' Answer to the First Amended Class Action Complaint.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Security and Exchange Commission's No-Action Letter to Lockheed Martin Investment Management Company, dated June 5, 2006.

4. Attached hereto as **Exhibit B** is a true and correct copy of Lockheed Martin Investment Management Company's Trust Charging Policy.

5. Attached hereto as **Exhibit C** is a true and correct copy of the 2024 audit results for Lockheed Martin Corporation Defined Contribution Plans.

6. Attached hereto as **Exhibit D** is a true and correct copy of the 2023 audit results for Lockheed Martin Corporation Defined Contribution Plans.

7. Attached hereto as **Exhibit E** is a true and correct copy of the 2022 audit results for Lockheed Martin Corporation Defined Contribution Plans.

8. Attached hereto as **Exhibit F** is a true and correct copy of the 2021 audit results for Lockheed Martin Corporation Defined Contribution Plans.

9. Attached hereto as **Exhibit G** is a true and correct copy of the 2020 audit results for Lockheed Martin Corporation Defined Contribution Plans.

10. Attached hereto as **Exhibit H** is a true and correct copy of the 2019 audit results for Lockheed Martin Corporation Defined Contribution Plans.

I declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 29th day of May, 2026.

By: */s/ William J. Delany*
William J. Delany (admitted *pro hac vice*)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 861-0164
(202) 659-4503 (facsimile)
wdelany@groom.com

2